## Zack White v. The State.

### No. 9264.   Delivered February 18, 1925.

No statement of facts, and no exceptions taken to the charge, which adequately presents the law, the judgment is affirmed.

Appeal from the district Court of Bexar County.   Tried below before the Hon. W. S. Anderson, Judge.

Appeal from a conviction of theft; penalty, two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard*, State's Attorney, and *Grover C. Morris*, Assistant State's Attorney, for the State.

LATTIMORE, Judge.—Appellant was convicted in the district court of Bexar county of theft, and his punishment fixed at two years in the penitentiary.

There is no statement of facts.   No exceptions were taken to the charge, which adequately presents the law.   The indictment is in proper form.

No error appearing the judgment will be affirmed.

*Affirmed.*